UNION DISTRICT SCHOOL TRUSTEES, PLAINTIFFS IN ERROR, v. STATE, EX REL. PIERCE, DEFENDANT IN ERROR.

Error to the Supreme Court. For opinion of Supreme Court, see 17 *Vroom* 76.

For the plaintiffs in error, *M. H. Stratton.*

For the defendant in error, *A. S. Appleget.*

THE CHANCELLOR. I am of opinion that the judgment in this case should be affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, REED, SCUDDER, VAN SYCKEL, COLE, MC-GREGOR, PATERSON, WHITAKER. 10.

*For reversal*—None.